UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| NCMIC Insurance Company, | Case No. 22-CV-02018 (JMB/SGE) |
|    Plaintiff and Counter Defendant, | |
| v. | **ORDER OF DISMISSAL** |
| Allied Professionals Insurance Company, *a Risk Retention Group, Inc.*; Charlotte Erdmann; | |
|    Defendants and Counter Claimants, | |
| Kristin M. Schantzen, Jay J. Schantzen, | |
|    Defendants. | |

---

This matter is before the Court on Plaintiff/Counter Defendant NCMIC Insurance Company's and Defendants/Counter Claimants Allied Professionals Insurance Company's and Charlotte Erdmann's, along with Defendants Kristin M. Schantzen's, and Jay J. Schnatzen's Joint Stipulation for Dismissal. (Doc. No. 77.) Plaintiff wishes to dismiss the Complaint (Doc. No. 1) against Kristin M. Schantzen and Jay J. Schantzen under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the claims in the Complaint (Doc. No. 1) against Kristin M. Schantz and Jay J. Schantzen are DISMISSED WITHOUT PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Dated: October 31, 2024            /s/ *Jeffrey M. Bryan*
                                                       Judge Jeffrey M. Bryan
                                                       United States District Court